PEOPLE *v.* MAHON *et al.*

*(Common Pleas of New York City and County, General Term.* February 3, 1890.)

BAIL—JUDGMENT ON FORFEITED RECOGNIZANCE—VACATION. .

A judgment on a forfeited recognizance will be vacated where, after the default, the principal appeared, and was tried and convicted.

Application to vacate judgment against John Mahon, as principal, and James Rowan, as surety, entered on forfeited recognizance.

Argued before LARREMORE, C. J., and BOOKSTAVER and BISCHOFF, JJ.

*Wm. G. McCrea*, for applicants. *John R. Fellows*, Dist. Atty., for the People.

PER CURIAM. The judgment entered on the forfeited recognizance in this case should be vacated and canceled, as after default the principal appeared in court, and was duly tried and convicted, and no rights of the people were lost through the default.